**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00609-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Director of C.D.O.C.,
THE COLORADO DEPARTMENT OF CORRECTIONS,
JAMES WELTON,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DOUSSARD, L.V.C.F., (Spelling),
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE – DOE 1,2,3,4, Who Took Legal Supreme Court Mail,
SGT. HATFIELD, D.W.C.F.,
CATHIE HOLST,
JOAN SHOEMAKER,
DR. P. FRANTZ,
DR. MARTINEZ-HOCHBE-YENETT,
SGT. LASSO, D.W.C.F.,
ANTHONY DECESARO,
SGT. FIELDS, L.V.C.F.,
SCOTT HALL, D.W.C.F.,
JANE/JOHN DOE #5 (Who took 2 cubic feet legal box)
CAPTAIN KITTY ARNOLD,
FLORIDA DEPARTMENT OF CORRECTIONS,
READING COMMITTEE,
DOE #6 (B.C.I.) OFFICER ASSAULT,
DOE #7 (B.C.I.), Transportation Officer Who Took Complaint,
L.C.I. – ASSISTANT WARDEN POOLE, and
H.C.I. DR. RAZDON,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff has submitted a Prisoner Complaint.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X    is not submitted
(2)   __   is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   other: _____

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  __   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. __
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   names in caption do not match names in text
(16)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __   other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 12, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland

United States Magistrate Judge