**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00609-BNB

JILL COIT,

      Plaintiff,

v.

ARISTEDES ZAVARAS, Director of C.D.O.C.,
THE COLORADO DEPARTMENT OF CORRECTIONS,
JAMES WELTON,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DOUSSARD, L.V.C.F., (Spelling),
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE – DOE 1,2,3,4, Who Took Legal Supreme Court Mail,
SGT. HATFIELD, D.W.C.F.,
CATHIE HOLST,
JOAN SHOEMAKER,
DR. P. FRANTZ,
DR. MARTINEZ-HOCHBE-YENETT,
SGT. LASSO, D.W.C.F.,
ANTHONY DECESARO,
SGT. FIELDS, L.V.C.F.,
SCOTT HALL, D.W.C.F.,
JANE/JOHN DOE #5 (Who took 2 cubic feet legal box)
CAPTAIN KITTY ARNOLD,
FLORIDA DEPARTMENT OF CORRECTIONS,
READING COMMITTEE,
DOE #6 (B.C.I.) OFFICER ASSAULT,
DOE #7 (B.C.I.), Transportation Officer Who Took Complaint,
L.C.I. – ASSISTANT WARDEN POOLE, and
H.C.I. DR. RAZDON,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

This matter is before the Court on the document characterized as a "Motion Notifying This Court That Lowell Correctional Institution (LCI) Refuses to Obey Court Order by Judge Boland Dated 3-12-12" filed on April 9, 2011 (ECF No. 4).  In the motion, Plaintiff, Jill Coit, claims she is unable to comply with the Court's Order to Cure Deficiencies of March 12, 2012, because prison officials are denying her a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of her trust fund account statement, the two deficiencies she was ordered to cure. As supporting documentation, Ms. Coit provides consultants' medical reports and responses to correspondence and grievances that do not specifically indicate she has been refused either a § 1915 motion and affidavit or a certified trust fund account statement.  Therefore, the motion is DENIED.

Plaintiff shall have **thirty (30) days from the date of this minute order** to cure all the designated deficiencies in the March 12 order by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with an account statement certified by an appropriate official of Plaintiff's penal institution, or written documentation specifically demonstrating that prison officials have refused to allow her to comply with the March 12, 2012, order.  Failure to do either within the time allowed will result in the dismissal of the instant action.

Dated:  April 16, 2012