IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAZ [sic], Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DOUSSARD, L.V.C.F., (Spelling),
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cub Feet Legal Box), D.W.C.F.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Have This Court Notify the United States Marshall [sic] to Serve Defendant's [sic] Under In Forma Pauperis Rules 28U.S.C. [sic] ss. 1915 Granted in Order Dated June 8, 2012 Per Judge Boland (Docket No. 30) is denied as moot.

On August 7, 2012, a Waiver of Service of Summons was filed (Docket No. 29) which reflects that service was waived with respect to eight of the named defendants (Welton, Carson, Shoemaker, Waide, Hougnon, Reid, Frantz, and Martin). In addition, it was noted that service was not waived and accepted with respect to three defendants (Zavaras, Cantwell, and Dussart) because they are no longer DOC employees. Last known addresses were provided for those three defendants, and the U.S. Marshal Service should be in the process of serving them. Service has not been attempted on the Jane/John Doe defendants because plaintiff has not identified them, nor has she provided an address at which they can be served.

2

It is further ORDERED that on or before September 6, 2012, plaintiff shall provide to the court the names and addresses of the Jane and John Doe defendants or show cause at the Status Conference set that day why the claims against those defendants should not be dismissed for failure to prosecute and failure to serve.

Date: August 20, 2012