IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAZ [sic], Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DUSSART, L.V.C.F.,
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cub Feet Legal Box), D.W.C.F.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Correct Spelling of Defendants' Name and to Notify U.S. Marshall of Addresses for Non-Served Defendants (Docket No. 40) is DENIED AS MOOT. As explained in the court's August 20, 2012 Minute Order (Docket No. 37), defendant Hougnon has already waived service. Defendants Dussart, Zavaras, and Cantwell are in the process of being served at their last known addresses.

It is ORDERED that caption to amended to reflect the correct spelling for Hougnon and Dussart.

Date: August 22, 2012