# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  12-cv-00609-WYD-MJW | FTR - Courtroom A-502 |
| **Date:**  September 06, 2012 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| JILL COIT, | *Pro Se*   (by telephone) |
| Plaintiff(s), | |
| v. | |
| ARISTEDES ZAVARAZ [sic],<br>Director of the Colorado Department of Corrections,<br>JAMES WELTON, Director C.I.D.,<br>LARRY REID, L.V.C.F.,<br>ROBERT CANTWELL, Director of Prison,<br>LLOYD WAIDE, L.V.C.F.,<br>MICHAEL DOUSSARD, L.V.C.F., (Spelling),<br>C.I.D. DENNIS HOUGHNON, Pueblo,<br>C.I.D. COLIN CARSON, D.W.C.F.,<br>JOHN MARTIN,<br>JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,<br>JOAN SHOEMAKER,<br>Dr. P. FRANTZ,<br>JANE/JOHN DOE-DOE, #3 (Who Took 2 Cubic Feet Legal Box), D.W.C.F., | Nicole Gellar |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS   CONFERENCE
**Court in Session:**   10:02 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

It is noted defendants named as Zavaras, Cantwell, and Doussard are no longer employees of the Department of Corrections and have not been served.

Jane/John Doe defendants have not been identified and have not been served.

Status of the case and pending motions are discussed.

**It is ORDERED:** Defendants shall have up to and including **SEPTEMBER 26, 2012** within which to file any RESPONSE to Plaintiff's Motion for Order for Defendants to Return 2 Cubic Feet of Legal Documents and 12 Books Needed for This Case [Docket NO. **43**, filed August 23, 2012].

**It is ORDERED:** Defendants shall have up to and including **SEPTEMBER 26, 2012** within which to file any RESPONSE to   Plaintiff's Motion to Require Defendants to Answer Amended Prisoner Complaint and to Provide Promised Transcription From C.I.D. Investigation Jay Kirby's Meeting with Plaintiff [Docket No.  **47**, filed August 31, 2012].

**It is ORDERED:** Plaintiff's MOTION TO HAVE THIS COURT PRODUCE LETTERS PLAINTIFF WROTE TO THE COURTS TO JUDGE EBEL AND THE COURTS REPLIES [Docket No.  **50**, filed September 04, 2012] is **DENIED** for reasons as set forth on the record.

Plaintiff is given the address, for mailing, if she wishes to file any motion with the Tenth Circuit:
United States Court of Appeals for the Tenth Circuit
The Byron White U. S. Courthouse
1823 Stout Street
Denver, CO 80257

**It is ORDERED:** Plaintiff's "MOTION"   OBJECTION TO MINUTE ORDER AND REQUEST FOR INFORMATION ON RULES GOVERNING IFP SERVICE AND OBJECTION TO TELEPHONIC CONFERENCE NOT RESCHEDULED TO LATER DATE UNTIL PLAINTIFF HAD COUNSEL
[Docket No.  **51**, filed September 04, 2012] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:** A   **RULE 16(b) SCHEDULING CONFERENCE / SHOW CAUSE HEARING** is set   **NOVEMBER 05, 2012 at 8:30 a.m.** (Mountain Time) A written ORDER TO SHOW CAUSE shall issue.

Incarcerated individual(s) shall appear by telephone by calling the Court at (303)844-2403 at the scheduled time.

**It is ORDERED:** Parties shall file their joint Proposed Scheduling Order on or before **OCTOBER 29, 2012.**
Defendants shall electronically file the Proposed Scheduling Order.

*Pro Se* plaintiff  is reminded she is  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )   and  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) . The Courtroom Deputy is directed to mail a copy of  the United States District Court for the District of Colorado Local rules of Practice to the *Pro Se* plaintiff.

Hearing concluded.
**Court in recess:**   11:00 a.m.
Total In-Court Time 00:58

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.