IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DUSSART, L.V.C.F.,
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cubic Feet Legal Box), D.W.C.F.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion on Order Regarding Plaintiff's Motion for Appointment of Counsel Docket No. 35 (Docket No. 57) is DENIED. The court has previously entered an order regarding appointment of counsel (Docket No. 38). As explained in the order, counsel cannot be appointed and paid pursuant to 28 U.S.C. § 1915(e)(1). This includes "appoint[ing] counsel for assisting Plaintiff to obtain Counsel."

Date: September 11, 2012