IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DUSSART, L.V.C.F.,
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cubic Feet Legal Box), D.W.C.F.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Order Colorado Department of Corrections to Send U.S. Marshal Defendant Dussart's Job Application (Docket No. 62) and the Pro Se Incarcerated Plaintiff's Motion for Defendant's Counsel When Responding to Produce the Entire Administrative Regulation or Rule Quoted [sic] (Docket No. 61) are both DENIED as premature.  This court has set a Rule 16 Scheduling Conference and Show Cause Hearing for November 5, 2012, at 8:30 a.m.  See Docket No. 54.  At that time, this court will conduct a Rule 16 Scheduling Conference and Show Cause hearing.  This court will enter a Rule 16 Scheduling Order on November 5, 2012.  The Rule 16 Scheduling Order will outline, in detail, the  discovery cut-off date, the final pretrial conference date, and will outline, with particularity, the number of interrogatories, request for production of documents, request for admissions, and depositions that each side to the lawsuit will be permitted to serve and take.  There will be other limitations placed on discovery in the Scheduling Order.  For these reasons, this court finds that the two subject motions (Docket Nos. 61 and 62)

2

are premature and therefore DENIED.

Date: September 19, 2012 _____