IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DUSSART, L.V.C.F.,
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cubic Feet Legal Box), D.W.C.F.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff Request Being Allowed [sic] to Serve this Court One Original Copy of Motions/Pleadings (Docket No. 66) is GRANTED insofar as plaintiff is only required to file the original document with the court.  Plaintiff is not required to file two additional copies of the original with the court.

     Further, it is hereby ORDERED that Motion for CID Files Under Rule 34 (Docket No. 67) is DENIED as premature for the same reasons stated in the court's September 19, 2012 Minute Order (Docket No. 65).

     Further, defendants shall be given up to and including October 5, 2012 to respond to the last paragraph of Docket No. 68, in which plaintiff requests boxes or a locker to store legal documents.

Date: September 25, 2012