IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DUSSART, L.V.C.F.,
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cubic Feet Legal Box), D.W.C.F.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Order for Defendants to Return 2 Cubic Feet of Legal Documents and 12 Books Needed for this Case (docket no. 43) [sic] is DENIED without prejudice.

In the subject motion (docket no. 43), the Pro Se Incarcerated Plaintiff seeks an Order from this court directing Defendants to return a number of items allegedly confiscated from her **two years ago**, on or about July 23, 2010. Based upon a lengthy discussion between the Pro Se Incarcerated Plaintiff and the court to clarify what exactly was being requested in the subject motion (docket no. 43) at the Status Conference held on September 9, 2012, the court now finds that the particular items that are being sought in this subject motion (docket no. 43) are: affidavits of other inmates, Plaintiff's journal, Plaintiff's calendar, case cites, grievances, documents pertaining to a disciplinary write-up and Plaintiff's legal, religious books (12 books), and semen samples on a T-Shirt pertaining to her claims of sexual abuse.  I find further that the above requested items are really discovery requests consistent with Fed. R. Civ. P.

2

26.  Pursuant to Fed. R. Civ. P. 26(d)(1), discovery may not be sought from any source before the Fed. R. Civ.P. 26(f) conference and/or Fed. R. Civ. P. 16 Scheduling Conference has been held.  The Rule 16 Scheduling Conference is currently set before this court on November 5, 2012, at 8:30 a.m.  Accordingly, I find that the subject motion is premature and this court will determine the scope and the extent of discovery that will be permitted in this case at the Rule 16 Scheduling Conference on November 5, 2012, at 8:30 a.m.  For these reasons, the subject motion (docket no. 43) is denied without prejudice.

Date: October 23, 2012