IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DUSSART, L.V.C.F.,
C.I.D. DENNIS HOUGNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cubic Feet Legal Box), D.W.C.F.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion captioned "Defendant Are in Violation of Court Order Docket No. 45 and to Order Florida Department of Corrections to Provide Plaintiff an Extra Large Locker to Store this Case's Legal Documents in Her Cell" (docket no. 68) is DENIED for the following reasons.

This court does not have jurisdiction over the Florida Department of Corrections. The Florida Department of Corrections is not a party to this lawsuit.  Moreover, if the Pro Se Incarcerated Plaintiff needs a large locker to store her legal documents then she can proceed consistent with Rule 33-602.201, Inmate Property, Florida Department of Corrections, p.2, (6)(c)(1).  Rule 33-602.201 was attached to Defendants' response (docket no. 79) as exhibit A-1 and the Plaintiff should follow such Rule for the relief she is seeking in this motion.  These Rules from the Florida Department of Corrections provide for the storage of legal materials that exceed the space available to inmates for all of other property, and explain a process for obtaining written approval from the

2

Warden for such space, as well as a requirement that inmates sort legal materials for inactive litigation separately from the legal materials for active litigation.  See Defendants' response (docket no. 79) - attached exhibit A-1, pp.2-4, inclusive (6).  For these reasons, the subject motion (docket no. 68) should be denied.

Date: October 23, 2012