IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that plaintiff's Motion to Order Defendants to Transcribe the Meeting with Plaintiff and CID Investigator Jay Kirby (Docket No. 100) is DENIED. Plaintiff has provided no authority for the relief requested.

   It is further ORDERED that plaintiff's Motion for Clarification of Defendant's "Response to Final Paragraph of Court Docket No. 45 and to See Caption" (Docket No. 101) is DENIED. Plaintiff has provided no authority for the relief requested.

   It is further ORDERED that plaintiff's Motion for Leave to Exceed Page Limit (Docket No. 107) is GRANTED IN PART AND DENIED IN PART. Plaintiff's motion is GRANTED insofar as plaintiff's response to defendants' Motion to Dismiss (Docket No. 81) may be up to twenty (20) pages in length. In addition, plaintiff shall have up to and including November 20, 2012 to file her response. Plaintiff's motion is DENIED in all other respects.

Date: November 5, 2012