IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Request Identity of Information Provided to this Court in Docket No. 96 Line 13 (docket no. 116) is GRANTED insofar as the court directs the Pro Se Incarcerated Plaintiff's to Defendants' Response to Doc. 43 and (Related) Doc. 47 Regarding Confiscated Property Items (docket no. 93).  On page 10 of this response, defendants state that "the investigation into Plaintiff's allegations of sexual assault has not been closed, and therefore Mr. Kirby is unwilling to disclose his notes from his meetings, as this could compromise his investigation."

Date: November 16, 2012