IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Add Defendant Dussart back as a Listed Defendant (docket no. 114) is MOOT and therefore DENIED. Defendant Michael Dussart is listed as a named Defendant as the date of this minute order.  This court just checked the CM/ECF system and it shows Michael Dussart as a listed Defendant on the docket.  However, there is a show cause order that has been issued by this court regarding Defendant Michael Dussart as to service of process.  See docket no. 55.  A Show Cause Hearing is set before Magistrate Judge Watanabe on January 10, 2013, at 9:00 a.m.  See docket no. 111.

Date: November 16, 2012