IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDER that the Pro Se Incarcerated Plaintiff's Motion to Provide Plaintiff with a Copy of Documents Used to Begin Civil Action in Case 10-cv-01555-LTB [sic] [note: it is actually case no. 10-cv-01555-LTB] (docket no. 115) is GRANTED. The clerk is directed to provide to the Pro Se Incarcerated Plaintiff copies of docket nos. 1 and 2 which were filed in 10-cv-01555-LTB. Both docket nos. 1 and 2 were filed with the court on June 30, 2010.

Date: November 16, 2012