IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Provide Plaintiff with a Copy of Documents Used to Begin Civil Action in Case 10-cv-00155-LTB (docket no. 123) is DENIED AS MOOT.  This motion is a duplicate of docket no. 115.  The court has already ruled on that motion in the Minute Order dated November 16, 2012 (docket no. 121).

Date: November 19, 2012