IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's [Motion] Clarification of Courtroom Minutes/Minute Order Docket Number 111 Filed November 5, 2011 (docket no. 136) is GRANTED.  Plaintiff may serve 25 interrogatories on each Defendant.  See docket no. 111 and Scheduling Order (docket no. 127).

Date: December 3, 2012