IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Assistance for this Court to Serve Defendant Dussart by Allowing Department of Justice Employee Under 28 U.S.C. § 561 Service by U.S. Marshal Access to Dussart's File (docket no. 137) is DENIED.  The U.S. Marshal is not responsible with coming up with the address or addresses where Defendant Dussart can be served with the Summons and Complaint.  It is the Pro Se Incarcerated Plaintiff's responsibility to provide to the U.S. Marshal the address or addresses where Defendant Dussart can be served.

Date: December 3, 2012