IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Injunction to Compel the FDOC/LCI to Provide Tapes/Disk Player (Docket No. 149) is DENIED without prejudice for the following reasons.  On January 16, 2013, defendants filed a response (Docket No. 155) to plaintiff's motion.  The response states that defendants' counsel contacted staff at the Lowell Correctional Institute ("LCI") regarding arrangements for plaintiff to listen to the audio recordings.  The LCI staff stated that arrangements were being made and directed defendants' counsel to resend the audio recordings.  Defendants' counsel states that the audio recordings have been sent.

Date: January 17, 2013