IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00609-WYD-MJW

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et.al,

    Defendants.

**ORDER OVERRULING PLAINTIFF'S OBJECTION TO
MINUTE ORDER DOCKET NO. 178**

THIS MATTER is before the Court on Plaintiff's Objection to Minute Order Docket 178[1] (ECF No. 196), filed March 15, 2013. For the reasons stated below, Plaintiff's objection is overruled and Magistrate Judge Watanabe's minute order (ECF No. 178) is affirmed.

Plaintiff's objection pertains to non-dispositive matters that were referred to the magistrate judge for resolution. Under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of an order of a magistrate judge which I find to be clearly erroneous or contrary to law. "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993).

The plaintiff objects to a minute order in which the magistrate judge addressed the following motions: (1) Plaintiff's motion to modify a deadline for discovery (ECF No.

---

[1] I note that Plaintiff also requested an extension of time to file a proper objection. I ruled on that request in a separate filing. (ECF No. 198).

175); (2) Plaintiff's motion for U.S. Marshal to provide documentation regarding the service of Defendant Dussart (ECF No. 174); and (3) Plaintiff's motion to add excerpts to discovery (ECF No. 176).

Having reviewed Plaintiff's objection, I cannot find that Magistrate Judge Watanabe's conclusions were clearly erroneous or contrary to law.   Given the reasoning set forth in the Magistrate Judge's minute order, I conclude that the resolution of these motions is both lawful and appropriate.   Therefore, I overrule the Plaintiff's objection.

Accordingly, it is

ORDERED that Plaintiff's Objection to Order Denying Motion to Correct Typing Errors and Omissions (ECF No. 196) is **OVERRULED**.   It is

FURTHER ORDERED that Magistrate Judge Watanabe's minute order (ECF No. 178) is **AFFIRMED**.

Dated:   April 19, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge