IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00609-WYD-MJW

JILL COIT,

   Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

   Defendants.

---

**ORDER ADOPTING AND AFFIRMING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on the Recommendation of the United States Magistrate Judge ("Recommendation"), filed January 10, 2013.  (ECF No. 153, Recommendation).   Specifically, Magistrate Judge Watanabe recommends that the claims against defendants Michael Dussart, Jane/John Doe #1, Jane/John Doe #2, and Jane/John Doe #3 should be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1.  (Recommendation at 2).   The Recommendation is incorporated herein by reference.   *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Plaintiff filed an objection (ECF No. 168) to the Recommendation.[1]   I overrule the objection and affirm and adopt the Recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the

---

[1] I note that prior to the Court's receipt of Plaintiff's objection, I issued an Order Affirming and Adopting the Recommendation of the Magistrate Judge.  (ECF No. 163).   Once I received the objection, I issued a minute order stating that I will consider the objections and issue an order in due course.  (ECF No. 169). This Order addresses those objections.

Recommendation to which the Plaintiff objects and I have considered carefully the Recommendation, the objections, and the applicable case law.   The Plaintiff is acting *pro se*.   Therefore, I construe her filings generously and with the leniency due *pro se* litigants, see *Erickson v. Pardus*, 551 U.S. 89, 94 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)).

Plaintiff commenced this action on March 9, 2012.   On September 6, 2012, the Magistrate Judge entered a show cause order directing Plaintiff to identify the three remaining Jane/John Doe defendants.   The show cause order also noted that Plaintiff had not yet served or provided addresses for three of the named defendants.   At the first show cause hearing on November 5, 2012, the Magistrate Judge noted that two of the named defendants had been served.   However, defendant Michael Dussart had yet to be served.   In addition, the three Jane/John Doe defendants were not identified.   The Magistrate Judge continued the show cause hearing to January 10, 2013.   At the second show cause hearing, Plaintiff was permitted to amend her complaint to add two additional defendants, Sergeant Hatfield and Sergeant Fitzgerald.   No additional defendants were identified.   Additionally, defendant Michael Dussart had not been served.

In the Recommendation, the Magistrate Judge correctly applied the appropriate legal rules applicable to when a defendant is not properly or timely served.   As applied to this matter, the analysis, conclusions, and recommendations of the Magistrate Judge are correct.   In her objection, the Plaintiff argues her position that she is being denied discovery, and that she has "good cause for not produc[ing] the names of the DWCF officers who had access to [her] … legal documents…." (Objection at 5).   She further

contends that she has a constitutional right to access to the Court and her legal documents. I conclude that the arguments asserted by the Plaintiff in her objection are incorrect or without merit. The Recommendation is affirmed and adopted. The claims asserted against defendant Michael Dussart, Jane/John Doe #1, Jane/John Doe #2, and Jane/John Doe #3 are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1. Accordingly, it is

ORDERED that the Recommendation of the United States Magistrate Judge, filed January 10, 2013 (ECF No. 153) is **AFFIRMED** and **ADOPTED** as an order of this court. In accordance therewith, the claims asserted against defendant Michael Dussart, Jane/John Doe #1, Jane/John Doe #2, and Jane/John Doe #3 are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1. The Clerk of the Court shall amend the case caption to reflect the dismissal of these defendants.

Dated: April 19, 2013

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Senior United States District Judge