IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to Order the Florida Department of Corrections to Produce a Copy of the letters from C.D.O.C. Denying Plaintiff Recommended Specialist Consultant/Visit from Ortho and Audiology (Docket No. 184) is DENIED.  Defendants' response (Docket No. 233) to the subject motion indicates that the CDOC was not able to identify any such documents.

Date: May 16, 2013