IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to Enter "Motion for Return of Legal Documents/Letter I Sent to Judge Ebel" into this Court's Proceedings (Docket No. 185) is DENIED. Plaintiff apparently seeks to have a motion and/or letters she filed in Case No. 10-cv-01555-LTB filed in this matter. Plaintiff needs to file a motion in case no. 10-cv-01555-LTB for the relief she is seeking in the subject motion (Docket No. 185). In essence, plaintiff has filed her motion in the wrong case.

Date: May 16, 2013