IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Injunction to Order the Florida Department of Corrections/Homestead Correctional Institution/Lowell Correctional Institution to Provide Plaintiff with Access to Tape Recorder and Disk so Plaintiff Can Conduct Discovery/Depositions and Access Law Library/Program/Services (Docket No. 187) is DENIED.  The court has previously denied plaintiff's request regarding depositions.  See Docket No. 222.  Furthermore, to the extent plaintiff seeks ADA accommodations from the Florida Department of Corrections, those requests are beyond the scope of the claims in this matter.  Plaintiff must seek redress against the Florida Department of Corrections directly.

Date: May 16, 2013