IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Motion Granting Permission for DNA Testing on Sperm/Semen Sample (Docket No. 224) is DENIED.  The subject motion consists of written permission from plaintiff to test the sample and a series of questions regarding the sample.  To the extent plaintiff is giving permission to test the sample, plaintiff is not seeking any relief from the court, and therefore that portion of the subject motion is denied.  To the extent plaintiff lists a series of questions regarding the sample, these requests must be made in compliance with the discovery rules and procedures under the Federal Rules of Civil Procedure, and in compliance with this court's Scheduling Order (Docket No. 127).  See Green v. Dorrell, 969 F.2d 915, 917 (10th Cir. 1992) (stating that pro se litigants must follow the same rules of procedure that govern other litigants); Ogden v. San Juan Cnty., 32 F.3d 452, 455 (10th Cir. 1994).  Plaintiff has put forth these questions in a motion directed to the court, rather than posing those questions to defendants in a form contemplated by the Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 26 to 37.  It is not the proper function of the court to act as a go-between for the parties' discovery requests.  For these reasons, that portion of the subject motion is denied.

Date: May 16, 2013