IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to Extend Discovery Date Cut-Off (Docket No. 242) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 127) is amended to extend the discovery cut-off date to July 15, 2013.  The court is not inclined to grant any further extensions to complete discovery.

    It is FURTHER ORDERED that plaintiff's Motion to Extend Discovery Cut-Off Date (Docket No. 235) is DENIED as moot based upon on the ruling on Docket No. 242 above.

Date: May 16, 2013