IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Order C.D.O.C. to Make Provisions for Plaintiff's Legal Documents to be Transferred with Her Upon Removal from F.D.O.C. due to Failure to Protect and ADA Violations (Docket No. 244) is DENIED.  Plaintiff seeks relief from actions of the Florida Department of Corrections. Those requests are beyond the scope of the claims in this matter.  Plaintiff must seek redress against the Florida Department of Corrections directly.

Date: May 16, 2013