IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Motion for Free Transcript of 04-03-13 Show Cause Hearing (Docket No. 245) is DENIED.  In forma pauperis status does not entitle a party to free transcripts.  See 28 U.S.C. § 1915; see also Ruark v. Gunter, 958 F.2d 318, 319 (10th Cir. 1992) (indigent prisoner does not have right to free transcript simply to search for error in the record).  Furthermore, plaintiff does not cite any authority in support for her request for a free transcript.  Accordingly, the subject motion must be denied.

Date: May 16, 2013