IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to Order C.D.O.C. to Polygraph Plaintiff Regarding Turning Over Sperm/Semen Evidence to Houghnon (Docket No. 248) is DENIED.  Plaintiff identifies no authority under which a court can order a defendant to polygraph a plaintiff.  Accordingly, the subject motion must be denied.

Date: May 16, 2013