IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Court to Order Defendant Carson to Produce the Recording of the Meeting Plaintiff had with Carson and Welton Prior to 08-06-10 Meeting with Cantwell, Welton and Carson (Docket No. 246) is DENIED WITHOUT PREJUDICE.  In reviewing the prayer for relief in this motion, the court finds that relief that plaintiff is seeking is already being requested in two other motions (Docket Nos. 238 & 243) pending before this court and is therefore cumulative.  Both motions (Docket Nos. 238 and 243) are set for oral argument on May 28, 2013 at 8:30 a.m.  Accordingly, this court will address the relief that Plaintiff seeks at the Show Cause, Status Conference and Motions Hearing on May 28, 2013 at 8:30 a.m.

Date: May 16, 2013