IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion to Order Defendants to Provide Documents Referenced in their Discovery Submission of Defendant John Martin's Letter Dated December 17, 2012 (Docket No. 279) is DENIED.  The subject motion consists of a series of questions and requests for production stemming from exhibits disclosed to plaintiff.  These requests must be made in compliance with the discovery rules and procedures under the Federal Rules of Civil Procedure, and in compliance with this court's Scheduling Order (Docket No. 127).  See Green v. Dorrell, 969 F.2d 915, 917 (10th Cir. 1992) (stating that pro se litigants must follow the same rules of procedure that govern other litigants); Ogden v. San Juan Cnty., 32 F.3d 452, 455 (10th Cir. 1994).  Plaintiff has put forth these questions and requests in a motion directed to the court, rather than posing those questions to defendants in a form contemplated by the Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 26 to 37.  It is not the proper function of the court to act as a go-between for the parties' discovery requests.  For these reasons, the subject motion is denied.

Date: May 16, 2013