IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Order the U.S. Marshall Service to Produce Record of Attempt to Serve Susan Hatfield and Sergeant Fitzgerald (Docket No. 276) is DENIED without prejudice for the following reasons.

The court has contacted the U.S. Marshall Service and determined that service has not been attempted on Defendants Hatfield and Fitzgerald. Accordingly, pursuant to the court's April 3, 2013 Minute Order (Docket No. 222), the Clerk is directed to serve defendant Susan Hatfield and defendant Sergeant Fitzgerald at the Colorado Department of Corrections, 2862 South Circle Drive, Colorado Springs, CO 80906.

Date: May 17, 2013