# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-00609-WYD-MJW           FTR - Courtroom A-502

**Date:**   May 28, 2013                            Courtroom Deputy, Ellen E. Miller

|  *Parties* | *Counsel* |
|---|---|
| JILL COIT, | *Pro Se*   (by telephone) |
| Plaintiff(s), | |
| v. | |
| ARISTEDES ZAVARAZ , | Nicole S.  Gellar |
| Director of the Colorado Department of Corrections, | |
| JAMES WELTON, Director C.I.D., | |
| LARRY REID, L.V.C.F., | |
| ROBERT CANTWELL, Director of Prison, | |
| LLOYD WAIDE, L.V.C.F., | |
| C.I.D. DENNIS HOUGHNON, Pueblo, | |
| C.I.D. COLIN CARSON, D.W.C.F., | |
| JOHN MARTIN, | |
| JOAN SHOEMAKER, | |
| Dr. P. FRANTZ, | |
| SGT. FITZGERALD, and | |
| SGT. HATFIELD | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    SHOW   CAUSE HEARING / MOTIONS  HEARING
**Court in Session:**     8:30 a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

Pending motions are raised for discussion and argument.


**It is ORDERED:**       Plaintiff's MOTION to Order Defendants to Send Tape of 08-06-10 Meeting with Welton, Cantwell, and Carson So Plaintiff Can Correct Their Narrative [Docket No.  **238,** filed April 26, 2013]   is **GRANTED,** for reasons as set forth on the record, in that government on behalf of defendants shall send another copy of the tape recording of the August 06, 2010 meeting to Plaintiff.

**It is ORDERED:**   Plaintiff's MOTION to Notify the Court Defendants Still Have Not Provided Discovery as this Court Told Plaintiff Would Be Provided   and Motion for Court to Order Defendants to Produce the Request for Admissions for Defendants Zavaras, Frantz, Carson and  Waide   And   Request for Interrogatories for Defendants Shoemake and Waide; and   Request Additional Time to Respond to Said Requests Provided  [Docket No.  **241**, filed May 03, 2013] is **GRANTED,** for reasons as set forth on the record, in that the government on behalf of the defendants shall again serve the discovery responses pages 116-603 and 653-821 to the Plaintiff broken into small packages in an effort to have the packages survive the mail process.

**It is ORDERED:**   Plaintiff's MOTION  for Production of Documents Needed Immediately to Refute Defendant's Request for Admissions Provided to Plaintiff 4-21-13 [Docket No. **243,** filed May 03, 2013] is **DENIED WITHOUT PREJUDICE,** for reasons as set forth on the record.

Government on behalf of defendants shall provide copies of the Administrative Regulation documents requested in ITEM (8), page 3.

**It is ORDERED:**   Plaintiff's  MOTION to the Court to Order the Clerk of Court to Provide Information on Defendant Exhibit Coit 01094 and New Ex Parte Communication Allegations [Docket No. **249**, filed May 10, 2013] is **DENIED,** for reasons as set forth on the record.

It appears the information Plaintiff seeks is from the United States Court of Appeals Tenth Circuit as opposed to the United States District Court.

**It is ORDERED:**   Plaintiff's MOTION to Order Defendant Houghnon Provide a Complete Transcript of All Meetings he had with Plaintiff From October, 2009 Through June, 2010 [Docket No.  **250**, filed May 10, 2013] is **DENIED WITHOUT PREJUDICE,** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION to Order Defendants to Produce Copy of Employee Sign-In Sheet for D. W. C. F. On 07-23-10; 07-24-10; 07-25-10 & 07-26-10 [Docket No. **251**, filed May 10, 2013] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION for Injunction to Remove Defendant John Martin From Being Plaintiff Case Manager for Him Having Communication With Prison Officials in Wherever Plaintiff is Sent [Docket No. **277**, filed May 16, 2013] is **DENIED** FOR LACK OF JURISDICTION,  for reasons as set forth on the record.

Plaintiff may file any Motion(s) to Compel within which she specifically addresses specific issues as to specific defendants as to specific interrogatories, requests for production, requests for admission.

Defendant counsel notes written discovery was served on or about April 11, 2013.
Plaintiff makes an ORAL MOTION to extend time to respond to defendants' discovery requests. With no objections,

**It is ORDERED:**   *Pro Se* Plaintiff shall have up to and including **JUNE 14, 2013** within which to respond to defendants' outstanding Interrogatories, requests for production, and / or requests for admission.

**It is ORDERED:**   A **STATUS CONFERENCE** is set **JULY 10, 2013 at 9:30 a.m.** (9:30 a.m. Mountain Time 11:30 a.m. Florida/Eastern Time) in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

*Pro Se* Plaintiff shall appear by calling the Court (303) 844-2403 at the scheduled time.

Discussion is held regarding dispositive motions deadline.

**It is ORDERED:**   DISPOSITIVE MOTIONS DEADLINE is extended from JUNE 17, 2013 to **AUGUST 15, 2013.**
Scheduling Order [Docket No. 127, filed November 19, 2012] is amended.

Discovery deadline remains July 15, 2013.
Final Pretrial Conference remains set August 20, 2013 at 9:30 a.m.

Order to Show Cause is discussed as to defendants Sgt. David Fitzgerald and Sgt. Susan (Hatfield) Altholz.

**It is ORDERED:**   ORDER TO SHOW CAUSE [Docket No. **193**, filed March 11, 2013] is continued as to defendants Fitzgerald and Hatfield to and including JULY 10, 2013 or as otherwise ordered by the Court.

The ORDER TO SHOW CAUSE will be discussed further at the Status Conference set July 10, 2013 at 9:30 a.m.

Hearing concluded.
**Court in recess:**   10:18 a.m.
Total In-Court Time 01:48

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.