IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et. al,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED Defendant Hatfield's Motion for Leave to Withdraw Motion to Dismiss and Leave to Re-File Motion to Dismiss (Docket No. 311) is GRANTED for good cause shown.  Defendant Hatfield shall be permitted to withdraw her Motion to Dismiss (Docket No. 309) and is given leave to re-file a motion to dismiss on or before July 5, 2013.

Date: June 27, 2013