IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00609-WYD-MJW

JILL COIT,

     Plaintiff,

v.

ARISTEDES ZAVARAS ,
Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
SGT. FITZGERALD, and
SGT. HATFIELD

     Defendant(s).

## APPOINTMENT ORDER

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby determines that Plaintiff merits appointment of counsel drawn from the Civil Pro Bono Panel.  The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the pro se party's claims;

    3) the demonstrated inability of the pro se party to retain counsel by other means; and

4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the pro se litigant in this civil matter.

Dated:  July 9, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States Senior District Judge