IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00609-WYD-MJW

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS ,
Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
SGT. FITZGERALD, and
SGT. HATFIELD

    Defendant(s).

## ORDER OVERRULING OBJECTIONS

THIS MATTER is before the Court on Plaintiff's Fed. R. Civ. P 72(a) Objections to various oral rulings made by Magistrate Judge Watanabe at the May 28, 2013 hearing (ECF Nos. 325, 326 and 327), filed July 8, 2013.  For the reasons stated below, Plaintiff's Objections are overruled and Magistrate Judge Watanabe's orders are affirmed.

In the Objections, Plaintiff asserts that Magistrate Judge Watanabe's multiple discovery rulings are clearly erroneous or contrary to law.  Since Plaintiff filed timely Objections, I must review Magistrate Judge Watanabe's orders to determine whether

they are "clearly erroneous or contrary to law" since the nature of these matters is nondispositive. Fed. R. Civ. P. 72(a). "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993).

Having reviewed Plaintiff's Objections, I cannot find that Magistrate Judge Watanabe abused his broad discretion to manage the discovery process or that his oral orders made on the record at the May 28, 2013 hearing are clearly erroneous or contrary to law. Therefore, I overrule Plaintiff's Objections. Accordingly, it is

ORDERED that Plaintiff's Fed. R. Civ. P 72(a) Objections to various oral rulings made by Magistrate Judge Watanabe at the May 28, 2013 hearing (ECF Nos. 325, 326 and 327) are **OVERRULED**.

Dated: July 9, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge