# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-00609-WYD-MJW          FTR - Courtroom A-502

**Date:**  July 10, 2013          Courtroom Deputy, Ellen E. Miller

*Parties*          *Counsel*

JILL COIT,          *Pro Se*   (by telephone)

    Plaintiff(s),

v.

ARISTEDES ZAVARAZ [sic],          Nicole S. Gellar
Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JOAN SHOEMAKER,   and
Dr. P. FRANTZ,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS  CONFERENCE / MOTION  HEARING
**Court in Session:**   9:35 a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

The Court notes Senior District Judge Daniel has entered an order that an attorney be selected from the Civil Pro Bono Panel, in accordance with Part III.C. of the U. S. District Court's Pilot Program to Implement a Civil Pro Bono Panel.   The Court directs the Courtroom Deputy to mail a copy of the Pilot Program to Implement a Civil Pro Bono Panel to the Plaintiff.

The Court raises three pending motions for argument.
Argument by Plaintiff.
Responses by Ms. Gellar on behalf of defendants.

**It is ORDERED:**          Pro Se Incarcerated Plaintiff's Motion to Request this Court Issue Subpoenas to the Following Witnesses and Writs of Habeas Corpus Ad Testificandum [Docket No. **317**, filed June 28, 2013]
    is **TAKEN  UNDER  ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**   Pro Se Incarcerated Plaintiff's Motion to Add Witnesses to Plaintiff's Witness List [Docket No. **318**, filed June 28, 2013] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**   Pro Se Incarcerated Plaintiff's Motion for Production of Documents or Motion to Compel Discovery from Defendant Welton [Docket No. **329**, filed July 08, 2013]   is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Hearing concluded.
**Court in recess:**   10:29 a.m.
Total In-Court Time 00:54

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119   or   Toll Free   1-800-962-3345.

Enclosed for mailing to the *Pro Se* Plaintiff, with this Courtroom Minutes/Minute Order, is a copy of the 19-page Pilot Program to Implement a Civil Pro Bono Panel, downloaded from the court website.