IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

**ORDER THAT THE SHOW CAUSE ORDER (DOCKET NO. 193) IS VACATED AS TO DEFENDANT HATFIELD**

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order Referring Case issued by Judge Wiley Y. Daniel on August 2, 2012 (Docket No. 27).

This action was commenced on March 9, 2012 (Docket No. 1). On March 11, 2013, the court entered a Show Cause Order (Docket No. 193). The court noted that Defendant Hatfield and Defendant Fitzgerald had not yet been served. The Court directed plaintiff to provide addresses for the unserved defendants so that service could be effected. A show cause hearing was set for April 3, 2013.

At the April 3, 2013 hearing, the court ordered the U.S. Marshal Service to effect service on Defendant Hatfield and Defendant Fitzgerald. The Show Cause Hearing was continued to May 28, 2013.

At the May 28, 2013 hearing, the court noted that service had not yet been effected. The Show Cause Hearing was continued to July 10, 2013. On June 11, 2013,

return of service was filed for Defendant Hatfield (Docket No. 306) and Defendant Fitzgerald (Docket No. 305).  On July 5, 2013, counsel for the defendants filed a Motion to Dismiss (Docket No. 322) on behalf of Defendant Hatfield.  Accordingly, the court finds that the Show Cause Order should be vacated as to Defendant Hatfield.

   Based upon the foregoing, it is hereby

   **ORDERED** that the Show Cause Order (Docket No. 193) is vacated as to Defendant Hatfield.

Dated: July 10, 2013           s/ Michael J. Watanabe
       Denver, Colorado        Michael J. Watanabe
                               United States Magistrate Judge