IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Now before the court is plaintiff's Motion for Permission from this Court to File an Additional Five (5) Extra Requests for Production of Documents from Each Defendant (Docket No. 342). First, the court notes that plaintiff's request is untimely. Discovery has closed in this matter. The Final Pre-Trial Conference is set for August 20, 2013 and this matter is set for trial on September 30, 2013.

     Furthermore, as noted in defendants' response (Docket No. 348), the additional information sought by plaintiff has already been disclosed or will soon be disclosed. Specifically, defendants are planning to disclose material from a file maintained by Investigator Jack Kirby to plaintiff by the end of the week. As such, the court finds that additional requests for production of documents are unnecessary.

     Accordingly, it is hereby ORDERED that plaintiff's Motion for Permission from this Court to File an Additional Five (5) Extra Requests for Production of Documents from Each Defendant (Docket No. 342) is DENIED.

     It is FURTHER ORDERED that plaintiff's Motion to Correct Plaintiff's Error in Plaintiff's Response (Docket No. 346) is DENIED AS MOOT in light of defendants' additional disclosures.

     It is FURTHER ORDERED that defendants shall have up to and including July 26, 2013 to place the additional disclosures in the mail for receipt by plaintiff.

Date: July 24, 2013