IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for Record of Case Numbers 10-cv-00155 [sic] and 12-cv-00609 and 98-cv-2031 to be Sent to Plaintiff (Docket No. 350) is GRANTED.  The Clerk is directed to send plaintiff the full docket sheets for Case Nos. 12-cv-00609, 10-cv-01555 (incorrectly identified as 10-cv-00155 by plaintiff), and 98-cv-02031.

Date: July 26, 2013