IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's [Motion] Inquires if Clerk of Court Obeyed Judge Daniels' Order and Request a List of Available Attorneys in the Pilot Program (Docket No. 357) is GRANTED as follows.

      First as to plaintiff's inquiry as to the difference between Judge Watanabe's previous order appointing counsel (Docket No. 38) and Judge Daniel's order (Docket No. 336), the court already explained the difference to plaintiff in open court during the July 10, 2013 hearing (Docket No. 338).  Regardless, as to this inquiry and the others, the court directs the Clerk to send plaintiff a copy of the "Pilot Program to Implement a Civil Pro Bono Panel" documentation found on the court's website.

Date: August 2, 2013