IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Permission to Video [sic] Court Proceedings (Docket No. 358) is DENIED.  Plaintiff seeks permission from the court to have a friend videotape all court proceedings including show cause hearings, status conferences, settlement conference, and the trial itself.  Plaintiff cites to no legal support for her request.  Regardless, D.C.COLO.LCivR 83.1 bars the use of audio and video recordings in any public area and any courtroom or chambers except as authorized by the judicial officer having direct control of that space.  The court declines to make such an authorization.

Date: August 2, 2013