IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion to Notify this Court that Plaintiff Cannot Get Documents She Needs to Submit to Defendants in Time for the July 15, 2013 Deadline and that Will be Used at Trial (Docket No. 359) is DENIED without prejudice.  Plaintiff states that Florida Department of Corrections ("FDOC") will not allow her to receive various documents and exhibits by mail from her brother.  Plaintiff states that it is FDOC's policy to only allow inmates to receive legal mail from an attorney.

      Plaintiff's motion is vague.  The court directs plaintiff to provide the court with the following information.  The name, address, telephone number, and e-mail address of the person currently in possession of said documents.  Plaintiff is also directed to provide a list of the documents she wishes to receive and explain how each document is relevant to this matter.

Date: August 2, 2013