IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00609-WYD-MJW

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS ,
Director of the Colorado Department of Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JOAN SHOEMAKER,
Dr. P. FRANTZ,
SGT. FITZGERALD, and
SGT. HATFIELD

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to be Present for Voir Dire and Questions to be Asked to Potential Jurors (ECF No. 362) is **GRANTED** to the extent that Plaintiff shall be present for voir dire.  I will take into consideration Plaintiff's proposed voir dire questions.  The parties are directed to review and comply with my Practice Standards with respect to all trial preparation matters and deadlines.

    Dated:  August 2, 2013