IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion to Order the CDOC to Approve Specialist Visit for Mole on Plaintiff's Breast (Docket No. 369) is DENIED.  The relief sought in the subject motion does not involve a claim currently before this court.  This matter is limited to the claims put forth in plaintiff's Amended Complaint (Docket No. 20) which have not been subsequently dismissed.  See Judge Daniel's July 9, 2013 Order Affirming and Adopting Recommendation of United States Magistrate Judge (Docket No. 335) which outlines plaintiff's remaining claims as of the date of that order.

Date: August 12, 2013