IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unrepresented Incarcerated Plaintiff's Motion to Attend Pre-Trial Conference Scheduled for September 18, 2013 in Person (docket no. 379) is DENIED.  The Unrepresented Incarcerated Plaintiff will be permitted to participate in the Final Pretrial Conference by telephone conference.  The Final Pretrial Conference is set on August 20, 2013 at 9:30 a.m. and not September 18, 2013 as stated in the subject motion.

Date: August 19, 2013