IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unrepresented Incarcerated Plaintiff's Motion for Court to Explain What the Key Locked Symbol Means on Certain Court Entries (Docket No. 395) is GRANTED.  The Key Locked Symbol means restricted and for court use only.  These are administrative entries which are not relevant to plaintiff's claims in any substantive way.

Date: August 23, 2013