IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendants' Motion to Accept Dispositive Motions Two Business Days Out of Time (Docket No. 386) is GRANTED finding good cause shown.  In view of the short two day period requested by defendants, and the circumstances as outlined in the subject motion, the court finds there is good cause to accept defendants' dispositive motions for filing.  Defendants' Motion for Summary Judgment (Docket No. 387) and Defendant Shoemaker's Motion for Summary Judgment (Docket No. 389) shall be accepted for filing as of the date of this order.

In light of plaintiff's status as an incarcerated pro se plaintiff and the length of the dispositive motions, the court will allow additional time for plaintiff to respond to the motions.  Although D.C.COLO.LCivR 7.1 allows for 21 days, the court will grant plaintiff an additional 24 days (for a total of 45 days) to file her responses.  Accordingly, it is FURTHER ORDERED that plaintiff shall have up to and including October 18, 2013 to file responses to Defendants' Motion for Summary Judgment (Docket No. 387) and Defendant Shoemaker's Motion for Summary Judgment (Docket No. 389).

Finally, it is FURTHER ORDERED that this matter is STAYED pending ruling on defendants' dispositve motions (Docket Nos. 387 & 389).  The parties shall be permitted to make appropriate filings related to the Motions for Summary Judgment, i.e., plaintiff shall be permitted to file her responses and defendants shall be permitted to file their replies.  However, the parties shall not be permitted to make any other filings while the matter is STAYED pending ruling on the dispositive motions by Judge Daniel.  Any filings made in violation of this order shall be STRICKEN by the court.

Date: September 3, 2013