IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00609-WYD-MJW

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
(former) Director of the Colorado Department of
Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, (former) Director of Prison,
LLOYD WAIDE, L.V.C.F.,
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JOAN SHOEMAKER, and
Dr. P. FRANTZ,

    Defendants.

**ORDER VACATING TRIAL
AND
FINAL TRIAL PREPARATION CONFERENCE**

On September 3, 2013, Magistrate Judge Watanabe issued a minute order granting defendants' Motion to Accept Dispositive Motions Two Business Days Out of Time (ECF No. 386).  In light of the briefing schedule set forth in Magistrate Judge Watanabe's minute order, which allows for responses to be filed not later than October 18, 2013, **the jury trial set for Monday, September 30, 2013 and Final Trial Preparation Conference set for Wednesday, September 11, 2013 are VACATED.**  Once the motions for summary judgment are resolved, the trial will be reset if

necessary. Accordingly, Plaintiff's motion for clarification (ECF No. 380) is **DENIED as premature.** Should this matter proceed to trial, I will address the issue of Plaintiff's appearance prior to the trial date.

Finally, I affirm and adopt Judge Watanabe's order staying this matter pending a ruling on defendants' dispositive motions (ECF Nos. 387 & 389). All filings not related to the motions for summary judgment, as set forth in Magistrate Judge Watanabe's September 3, 2013 minute order (ECF No. 403), will be stricken by the Court.

Dated: September 3, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge