IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for Court to Explain What the Key Locked Symbol Means on Certain Court Entries (Docket No. 406) is STRICKEN pursuant to the court's Order (Docket No. 403) placing a stay on this matter and Judge Daniel's Order (Docket No. 404) affirming and adopting the stay.

Date: September 4, 2013