IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00609-WYD-MJW

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
(former) Director of the Colorado Department of
Corrections,
JAMES WELTON, Director C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, (former) Director of Prison,
LLOYD WAIDE, L.V.C.F.,
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. COLIN CARSON, D.W.C.F.,
JOHN MARTIN,
JOAN SHOEMAKER, and
Dr. P. FRANTZ,

    Defendants.

**ORDER**

THIS MATTER comes before the Court upon review of the docket.  On August 19, 2013, Defendants filed two motions for summary judgment.  (ECF Nos. 387 and 389).  On October 29, 2013, Plaintiff filed a *pro se* response to one of the motions for summary judgment.  On November 15, 2013, the Court received notice that pro bono counsel had been selected for Plaintiff.  Thus, on November 18, 2013, Magistrate Judge Watanabe stayed the briefing deadlines in connection with the motions for summary judgment.  On January 13, 2014, Magistrate Judge Watanabe held a status conference in this case and granted pro bono counsel's oral motion for an extension of time to

proceed as to the pending motions.  Magistrate Judge Watanabe ordered Plaintiff, through pro bono counsel, to file her motion for summary judgment not later than March 31, 2014.  Magistrate Judge Watanabe also ordered pro bono counsel to determine whether he would be filing amended responses to the motions for summary judgment not later than June 2, 2014.

In light of the recent events in this case including the appointment of pro bono counsel and the briefing schedule set forth by Magistrate Judge Watanabe, I find that the motions for summary judgment, filed August 19, 2013, have been pending too long on the Court's docket and must be renewed.  Thus, they are **DENIED WITHOUT PREJUDICE** with leave to refile not later than **March 31, 2014.**  Accordingly, it is

ORDERED that the Defendants' motions for summary judgment (ECF Nos. 387 and 389) are **DENIED WITHOUT PREJUDICE** with leave to refile not later than **March 31, 2014.**  All other briefing deadlines set by Magistrate Judge Watanabe remain in full force and effect.

Dated:  January 29, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge