IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00609–WYD–MJW

JILL COIT,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Authorization for Release of Documents (docket no. 439) is DENIED WITHOUT PREJUDICE.  Plaintiff may re- file her subject motion in the case of origin [case no. 92-cv-00870-CMA] where the requested documents are located

Date: October 27, 2014