IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00609-WYD-MJW

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Director of the Colorado Department of Corrections;
JAMES WELTON, Director of C.I.D.,
LARRY REID, L.V.C.F.,
ROBERT CANTWELL, Director of Prison,
LLOYD WAIDE, L.V.C.F.,
MICHAEL DUSSART, L.V.C.F.,
C.I.D. DENNIS HOUGHNON, Pueblo,
C.I.D. Colin Carson, D.W.C.F.,
JOHN MARTIN,
JANE/JOHN DOE-DOE, #1&2 (Who Took Legal Supreme Court Mail), D.W.C.F.,
JOAN SHOEMAKER,
DR. P. FRANTZ,
JANE/JOHN DOE-DOE, #3 (Who Took 2 Cub Feet Legal Box), D.W.C.F.,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting and Affirming Recommendation of the United States Magistrate Judge, filed on February 4, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that the Recommendation of United States Magistrate Judge Boland [ECF Doc. No. 153] is **AFFIRMED and ADOPTED.**  It is further

ORDERED that the claims against defendants Michael Dussart, Jane/John Doe #1, Jane/John Doe #2, and Jane/John Doe #3 are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendations of United States Magistrate Judge and Order Overruling Objections, filed on September 13, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Magistrate Judge Watanabe's Recommendation that Defendant Hatfield's Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) [ECF Doc. No. 367] is **AFFIRMED AND ADOPTED.** It is further

ORDERED that judgment is hereby entered in favor of Defendant, Sgt. Hatfield, and against Plaintiff, Jill Coit, on Defendant Hatfield's Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) [ECF Doc. No. 322] and Defendant Hatfield is **DISMISSED** from this action.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order , filed on March 30, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Aristedes Zavaras, James Welton, Larry Reid, Robert Cantwell, Lloyde Waide, C.I.D. Dennis Hougnon, C.I.D. Colin Carson, and Joan Shoemaker, and against Plaintiff, Jill Coit, on Defendants' motion s for summary judgment. It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice. It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 30th day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk